IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr54HSO-JCG

OSCAR MARTINEZ and  21 U.S.C. § 846
SERGIO CONTRERAS

**The Grand Jury charges:**

That beginning sometime in January 2013 and continuing up to the date of this Indictment, in George County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendants, **OSCAR MARTINEZ and SERGIO CONTRERAS**, did knowingly conspire with each other and with others both known and unknown to the Grand Jury, to possess with intent to distribute actual methamphetamine, a Schedule II narcotic drug controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

### QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY

With respect to **OSCAR MARTINEZ**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is in excess of 50 grams of actual methamphetamine in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to **SERGIO CONTRERAS**, the amount involved in the conspiracy attributable to him as a result of his conduct, and the conduct of other conspirators reasonably foreseeable to him, is in excess of 50 grams of actual methamphetamine in violation of Title 21, United States Code, Section 841(b)(1)(A).

All in violation of Section 846, Title 21, United States Code.

1

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense as alleged in this Indictment, the defendants shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all proceeds obtained directly or indirectly from the offense, and all property used to facilitate the offense. Further, if any property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendants, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This Indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the 22nd day of July, 2015.

_____ for F. K. Ball
UNITED STATES MAGISTRATE JUDGE

2